**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BENIAH M. NWANKWO, | : | No. 5 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| BUREAU OF PROFESSIONAL AND | : | |
| OCCUPATIONAL AFFAIRS, STATE | : | |
| BOARD OF MEDICINE, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.